IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

LA JOLLA PHARMA, LLC,

    Plaintiff,

v.

KATHERINE K. VIDAL *in her official capacity as Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office*,

    Defendant.

No. 1:24-cv-00951-LMB
CONSOLIDATED

## ORDER

This matter comes before the Court pursuant to the Unopposed Motion to Modify Scheduling Order filed by Plaintiff La Jolla Pharma LLC. For good cause shown, it is hereby ORDERED that the Motion to GRANTED.

It is further ORDERED that the case schedule is modified as set forth below:

| Description | Deadline |
|---|---|
| Initial Disclosures (both cases) | September 27, 2024 |
| Plaintiff's Expert Reports (both cases) | October 10, 2024 |
| Defendant's Expert Report (both cases) | November 15, 2024 |
| Plaintiff's Rebuttal Report (both cases) | December 4, 2024 |
| Discovery Deadline (both cases) | January 10, 2025 |
| Final pretrial (both cases) | January 16, 2025 |

SO ORDERED. This the 16th day of September, 2024

/s/ *[signature]*
Leonie M. Brinkema
United States District Judge

1